IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>39.89138522 BITCOIN SEIZED FROM EXODUS WALLET | NO.  3:21-CV-2983 |

## NOTICE OF PUBLICATION

Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I certify that the government posted notice of this forfeiture action on an official government site (www.forfeiture.gov) for at least 30 consecutive days beginning December 2, 2021, as shown by the Advertisement Certification Report attached as Exhibit A.

        Respectfully submitted,

        CHAD E. MEACHAM
        UNITED STATES ATTORNEY

        */s/ Tiffany H. Eggers*
        TIFFANY H. EGGERS
        Assistant United States Attorney
        Florida Bar No. 0193968
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214-659-8600
        Facsimile: 214-659-8805
        Tiffany.Eggers@usdoj.gov
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document: United States' Notice of Publication was filed on January 21, 2022, on the district court's ECF system.

/s/ Tiffany H. Eggers
TIFFANY H. EGGERS
Assistant United States Attorney