IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:21-cv-2983-L-BN |
| § | |
| 39.89138522 BITCOIN SEIZED FROM § | |
| EXODUS WALLET § | |
| § | |
| Defendant. § | |

# ORDER REQUIRING STATUS REPORT

The United States of America filed a verified complaint *in rem* against 39.89138522 Bitcoin Seized From Exodus Wallet (Defendant Property) on November 30, 2021, requesting that, "after all proceedings are had" on its complaint that the Court "declare the Defendant Property forfeited to the United States according to law." Dkt. No. 1. United States District Judge Sam A. Lindsay referred this case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b). *See* Dkt. No. 9. And the United States filed a Notice of Publication [Dkt. No. 10] on January 21, 2022 but has since made no filing in this case.

The Court therefore ORDERS the United States to file a status report by **September 8, 2022**.

SO ORDERED.

DATED: August 9, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE