IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>39.89138522 BITCOIN SEIZED FROM EXODUS WALLET | NO.  3:21-CV-2983-L-BN |

## NOTICE OF PUBLICATION

Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I certify that the government posted notice of this forfeiture action on an official government site (www.forfeiture.gov) for at least 30 consecutive days beginning December 2, 2021, as shown by the Advertisement Certification Report attached as Exhibit A.

    Respectfully submitted,

    CHAD E. MEACHAM
    UNITED STATES ATTORNEY

    */s/ Tiffany H. Eggers*
    TIFFANY H. EGGERS
    Assistant United States Attorney
    Florida Bar No. 0193968
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8600
    Facsimile: 214-659-8805
    Tiffany.Eggers@usdoj.gov
    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

Notice of Publication

was served/filed on August 12, 2022, pursuant to the District Court's ECF system as to ECF filers.

>*/s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney